_____

No. 96-1749WA
_____

Frank M. Rudon,       *
                      *
            Appellant,   *
                      *
     v.               *
                      *     Appeal from the United States
U.S. Postal Service, c/o Marvin  *     District Court for the Western
Runyon, U.S. Postmaster General;*  District of Arkansas.
Wayne Dick, District Manager,    *
Little Rock, Arkansas Post       *          [UNPUBLISHED]
Office; Roger L. Marcum,         *
Postmaster, Hot Springs          *
National Park, Arkansas,         *
                      *
            Appellees.    *
                _____

                Submitted:  October 25, 1996

                 Filed:  October 30, 1996
                _____

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.
                _____

PER CURIAM.

     Frank M. Rudon appeals the district court's order dismissing Rudon's complaint.  After careful review of the record and the parties' briefs, we conclude the dismissal was proper.  We affirm substantially for the reasons stated by the district court.  See 8th Cir. R. 47B.

     A true copy.

          Attest:


          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.